UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically filed*

| | |
|---|---|
| TIMOTHY B. LYLES, | |
| Plaintiff, | |
| v. | Civil Action No.: 3:21-CV-20-CRS |
| ESTES EXPRESS, | |
| Defendant. | |

**DEFENDANT'S NOTICE OF REMOVAL**

Estes Express Lines (referred to herein as "Defendant") hereby provides notice of removal of this action to the United States District Court for the Western District of Kentucky, from the Jefferson Circuit Court Division Two, Commonwealth of Kentucky, and states as follows:

1. Plaintiff filed this action in the Jefferson Circuit Court Division Two, Commonwealth of Kentucky, on or about December 18, 2020, claiming that Defendant discriminated against and wrongfully terminated Plaintiff on the basis of his race. (Complaint, pp 1-2). The Jefferson Circuit Court docketed the matter as Case Number 20CI007287.

2. Defendant accepted service of the Civil Action Summons and Complaint on or about December 28, 2020. A copy of the Summons and Complaint are attached hereto as Exhibits A and B, respectively. There have been no further proceedings in this case.

3. Pursuant to 28 U.S.C. § 1441:

> (a) [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

4.     Additionally, pursuant to 28 U.S.C. § 1332, the District Courts have original jurisdiction over all civil actions where the matter in controversy exceeds $75,000.00 and is between citizens of different states.

5.     Plaintiff alleges in the Complaint that he is a resident of Louisville, Kentucky (Complaint, p.1).  Defendant is a corporation organized under the laws of the Commonwealth of Virginia, and with its corporate offices located in Richmond, Virginia.

6.     Plaintiff alleges in the Complaint that Defendant discriminated against him and terminated his employment on the basis of his race (Complaint, pp. 1-2).  In his Complaint, Plaintiff demands damages in excess of $800,000, plus costs (Complaint, p. 2).

7.     Based upon Plaintiff's allegations, Defendant thus maintains that the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Accordingly, diversity of citizenship jurisdiction exists pursuant to 28 U.S.C. § 1332 and this action is removable pursuant to 28 U.S.C. § 1441.

8.     The United States District Court for the Western District of Kentucky is the judicial district embracing the place where this case is pending.  See 28 U.S.C. § 97(b).

9.     Plaintiff initiated this action in Jefferson County, which is located within this Court's venue.

10.     This Notice of Removal is timely filed with this Court within thirty (30) days after Defendant first received a copy of the Complaint.  See 28 U.S.C. § 1446(b).

11. In compliance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders, including the Civil Summons and Complaint, that have been served on Defendant are attached to this Notice of Removal as Exhibits A and B.

12. In compliance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal, with all attachments, is being filed with the Jefferson Circuit Court, Division Two, Commonwealth of Kentucky, on this date.

WHEREFORE, Defendant hereby provides notice that Case Number 20CI007287, pending in the Jefferson Circuit Court Division Two, Commonwealth of Kentucky, is removed to this Court for all further proceedings.

This the 12th day of January, 2021.

/s/ Kevin M. Norris
Kevin M. Norris
SMITH AND SMITH ATTORNEYS
400 North, First Trust Centre
200 South Fifth Street
Louisville, KY  40202
Tel:  502-587-0761
Fax: 502-589-5345
Email: kmn@smithandsmithattorneys.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a copy of the foregoing "Notice of Removal" has been served via Clerk of Court, using the CM/ECF system. In addition, a copy of the foregoing will be mailed U.S. Mail first class to the pro se Plaintiff:

Timothy B Lyles
P.O. Box 11710
Louisville, KY  40251

This the 12th day of January, 2021.

                                            /s/ Kevin M. Norris_____
                                            Attorney