| AOC-105 Doc. Code: CI | | Case No. _____ |
| Rev. 1-07 | **CIVIL SUMMONS** | Court ☐ Circuit ☐ District |
| Page 1 of 1 | | County _____ |
| Commonwealth of Kentucky | | |
| Court of Justice www.courts.ky.gov | | |
| CR 4.02; CR Official Form 1 | | |

**20CI007287**

Timothy B. Lyles
PO Box 11710
Louisville KY 40251

**PLAINTIFF**

JEFFERSON CIRCUIT COURT
DIVISION TWO (2)

VS.

Estes Express
3901 W. Boward St
Richmond VA 23230

**DEFENDANT**

**Service of Process Agent for Defendant:**
_____
_____
_____
_____

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: **DEC 18 2020**, 2____

DAVID L. NICHOLSON, CLERK _____ Clerk
By: _[signature]_ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:
_____
this ____ day of _____, 2____.

Served by: _____
_____ Title

**EXHIBIT A**

20CI007287

Timothy B. Lyles — Plaintiff
PO Box 11710 Louisville Ky 40251
267 242 5747

JEFFERSON CIRCUIT COURT
DIVISION TWO (2)

VS

ESTES Express — Defendent
3901 W. Board St
Richmond Virginia 23230
804 353 1900

Wrongful termination
Refused a clean truck to plaintiff
Racial discrimination

EXHIBIT B

Wrongful termination:

Suppose accident happen on 12-18-19
I reported to Shavon Hash (dispatch)
and Brian Clickenbread - Manager
when I was informed by Russ Peeh
a day or two later. I have evidence
that knowledge was given to both

Plaintiff was refused a clean truck

driver cannot be refused a clean
truck per company hand book

Racial discrimination

two white employess had accidents
did not report accidents
customers called in
no termination months before mind
supposed to have happen


Wherefore Plaintiff Timothy B. Lyles
demands a judgement against
Defendant ESTES Express
in excess of $800,000.00 plus
court cost. Demand trial by
jury

Timothy B. Lyles   12-14-20