**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

**TIMOTHY B. LYLES,**

      **Plaintiff,**

**v.**

**ESTES EXPRESS,**

      **Defendant.**

Case No.:  3:21-cv-020-CRS

## ORDER

Upon consideration of the Joint Stipulation of Dismissal with Prejudice, agreed to by all parties, it is hereby ORDERED and DECREED that said Joint Stipulation is GRANTED and that this action is hereby dismissed, with prejudice, each party to bear its own costs.

June 14, 2021

*[Signature]*

Charles R. Simpson III, Senior Judge
United States District Court